# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DEANGELO MARQUIS WHITESIDE, | ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) | 1:12-cv-00118-MR (1:09-cr-00069-MR-1) |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, Respondent. | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2013 Memorandum of Decision and Order.

May 28, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court